IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KASEY WALTER**                                                                                          **PLAINTIFF**

v.                                        No. 3:11-cv-36-DPM

**DIXIE RESTAURANTS, INC. d/b/a**
**THE DIXIE CAFÉ**                                                                                        **DEFENDANT**

## ORDER

Walter moves for voluntary dismissal. *Document No. 12.* In response, Dixie says it has no objection, and further says that it abandons its entitlement to the attorney fees implicitly awarded when the Court granted Dixie's motion to compel. *Document No. 13.*

Walter's unopposed motion for voluntary dismissal, *Document No. 12*, is granted. FED. R. CIV. P. 41(a)(2). Walter's complaint is dismissed without prejudice. All pending motions are denied as moot.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2012