# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KASEY WALTER**                                                                      **PLAINTIFF**

v.                                      No. 3:11-cv-36-DPM

**DIXIE RESTAURANTS, INC. d/b/a**
**THE DIXIE CAFÉ**                                                                  **DEFENDANT**

## JUDGMENT

Walter's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2012